**RECEIVED**

JAN 2 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

HENRY A. BALTAZAR

VERSUS

DENNIS R WOLINSKI, ET AL.

CIVIL ACTION NO. 06-1861

JUDGE DOHERTY

MAGISTRATE JUDGE METHVIN

## MEMORANDUM RULING ON MOTION TO REMAND CASE

Pending before this Court is a Motion to Remand this matter to Louisiana state court, [Doc. 10]. In response, defendants filed a reply indicating they have no opposition to plaintiff's motion to remand. [Doc. 18]. Based on a review of the pleadings, the Motion to Remand, which appears to be well-founded in law and fact, is hereby GRANTED.

IT IS HEREBY ORDERED that this matter is REMANDED to the 16th Judicial District Court, Parish of St. Martin, State of Louisiana.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___22___ day of January, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

5